**Order entered November 14, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01125-CV

**IN THE INTEREST OF E.P.S. AND X.Z.S., CHILDREN**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-30153-2016**

## ORDER

Before the Court is appellant's November 12, 2019 motion to extend time to file her opening brief. We **GRANT** the motion and **ORDER** appellant's opening brief be filed no later than November 30, 2019. Because this is an accelerated appeal in a parental termination case, we caution that further extension requests will be disfavored.

/s/    BILL WHITEHILL
       JUSTICE